WILLIAM W. McCARTHY and Others, Respondents, v. SANTA CLARA LUMBER

---

* Renum. from § 880 by Laws of 1918, chap. 252.— [REP.

COMPANY, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted.